UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:06-CR-464-T-17TGW

JARVIS McCANTS
_____/

## ORDER

**UPON DUE CONSIDERATION** of the United States Probation Office's Supplemental Presentence Report, as well as the parties' responses to that report (Docket Numbers 476 and 483), the Court finds and concludes that Defendant is not eligible for a reduction in his base offense level pursuant to Amendments 706 and 711 of the United States Sentencing Guidelines.

**DONE and ORDERED** at Tampa, Florida, on April 10, 2008.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies furnished to:
Counsel of Record
Defendant